BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SB 6191786
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8926
  Facsimile: (415) 744-0134
  E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DESTINY ROSE, | ) Case No. 1:14-cv-02007-GSA |
| | ) |
| Plaintiff, | ) **ORDER FOR VOLUNTARY REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) (ECF No. 14) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

  Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 14), this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g) and judgment shall be entered for Plaintiff.

  On remand, the Office of Disability Adjudication and Review's Appeal Council will remand the case to an administrative law judge ("ALJ") for a new hearing and decision. The Appeals Council will instruct the ALJ to reassess the credibility of Plaintiff's subjective complaints consistent with 20 C.F.R. §§ 404.1529, 416.929, and Social Security Ruling ("SSR") 96-7p. The Appeals Council will also instruct the ALJ to reassess Plaintiff's residual functional capacity, determine whether Plaintiff could perform her past relevant work pursuant to SSR 82-61 and SSR 82-62, and, if appropriate, obtain supplemental vocational expert testimony to assist in

determining what jobs exist, if any , for Plaintiff given her age, education, vocational factors, and residual functional capacity.

The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff Destiny Rose and against Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   **July 19, 2015**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE